## STATE OF CONNECTICUT *v.* RICHARD PRUNIER

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 612, is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification.

*Judith Machuga,* special public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided October 2, 1992

## STATE OF CONNECTICUT *v.* CLOID DEWITT

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 638, is denied.

*Neal Cone,* assistant public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided October 2, 1992

## HOUSING AUTHORITY OF THE CITY OF NORWALK *v.* MARY HARRIS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 28 Conn. App. 684, is granted, limited to the following question:

"In the circumstances of this case, was the landlord required to give the tenant notice under General Statutes § 47a-15 before maintaining a summary process action against the tenant?"

*Donna M. Lattarulo,* in support of the petition.

*Steven R. Berg,* in opposition.

Decided October 2, 1992